# United States Court of Appeals
# for the Federal Circuit

———————————

February 6, 2019

**ERRATA**

———————————

Appeal No. 2018-152

**IN RE: GOOGLE LLC,**
*Petitioner*

Decided: February 5, 2019
Precedential Order

———————————

Please make the following change:

Page 1, line 23, of the dissenting opinion, change "35" to "28."

Page 2, line 4, of the dissenting opinion, change "35" to "28."